# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Bellamy  ☐ Wilder  ☐ |
| DATE | October 19, 2010 |
| TIME | 3:15 p.m. — 4:20 p.m. |
| CIVIL ACTION | H — 88 — 1204 |
| STYLE | Office of Thrift Supervision<br>versus<br>David J. Felt |

DOCKET ENTRY

☐ Conference;  ☑ Hearing;  _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: *Chez Barron*)

George W. Connally, Jr. _____ for  ☐ Ptf. # _____  ☑ Deft. # *Felt*
Eleanor Robinson Gaither _____ for  ☐ Ptf. # *United States*  ☐ Deft. # _____
_____ for  ☐ Ptf. # _____  ☐ Deft. # _____
_____ for  ☐ Ptf. # _____  ☐ Deft. # _____

☐  All motions not expressly decided are denied without prejudice.
☐  **Evidence taken** [exhibits or testimony].
☑  **Argument heard on:**  ☑ all pending motions;  ☐ these topics:
   *Felt's motion for relief from judgment*

☐  Motions taken under advisement: _____
☑  Order to be entered.
☐  Internal review set: _____
☐  Rulings orally rendered on: _____