Office of Thrift Supervision, §
§
　　　　　Plaintiff, §
§
versus § Civil Action H-88-1204
§
David J. Felt, §
§
　　　　　Defendant. §

## Order to Vacate

The order renewing the judgment lien against David J. Felt is vacated as improvidently granted. (76)

Signed on October 24, 2010, at Houston, Texas.

　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　United States District Judge